**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

LAWRENCE MADISON, : No. 440 WAL 2019
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the
v. : Commonwealth Court
:
:
PENNSYLVANIA BOARD OF PROBATION :
AND PAROLE, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.